Felicitations,

Greetings!

35,403-02

I've written 20½ screenplays and over 1,000 songs in 4½ years, yet I'm indigent with no outside help.

I decided to write you to see if maybe we could team-up and make some money. I need (2) copies of each enclosed. I will pay you 35% of everything I sale.

Can you google me a dozen (rap) publicist addresses. I have good products, but I can't get them in the right hands.

I will remember you when I get out and sign my movie deal 2016-2017. I promise I won't forget you. If you don't wanna deal with this, please return. thanks!

Sincerely,
Sherman

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

Hot 16 <u>"Only God Knows Why"</u> (Kid Rock remix)

"In and outta survey, rotating thru YA ‖ constantly mislead, by what the D-Boys say ‖ the world is yours, that's a pipe dream ‖ out jacking and dodging jackers, my daily night schemes ‖ tring to do the right thing, from a bucket to Foreign ‖ but most of the time, when it rain, it's poring ‖ and my baby mama, addicted to HUD ‖ food stamps, Wic, and Section 8 she love ‖ and you can can her, my no. #1 dependant ‖ damn near (already) 30, and she not my descendant ‖ and old friends codefendants, use to claim real ‖ we all committed the crime, how they get a deal? ‖ and I aint got a pal, I can hold hands ‖ 30 and I done touched everything, but my old man ‖ (I'm) longing for a life, and I'm beyond thirsty ‖ on my knees begging please, Lord have mercy." By "Bleep"

$3,000

Send me a money order ASAP

1838490
Sherman Darnell
3872 F.M. 350 S.
Livingston, Tx 77351

Prospects: Any rapper from Cali

Hot 16

I'm from a city of dreams, I'm really a king // Show me you really a fein, and the milly will ring // ruthless they color me, only broads meet the other me // face to face they smother me, in drug zones my brothers be // living life like its priceless, Ill leave a hater lifeless // my pops dont like this, black sheep, no brightness // but screw go point of view, backstabbers I know a few // and Ill break a saint or two, or right annoint a few // I seen homeboys change, and get his homeboy hanged // I dont play homeboy games, or loosely use homeboy names // gotta chopper I love sharing, with them suckas mug wearing // mad cause Ima drug barren, khaki suits I love wearing // the ghetto my makery, I indulge in no fakery // they'll be no awakery, if you steal out the bakery // being a saint is not me, gangsta it gotta be // aint nobody hot as

me, my rap sheet you gotta see".
Written by "Bleq"

$4,000

Prospects: F. Montana, Soulja
Boy, Ace Hood, 2 chainz,
R. Ross, YG, M. Mills.

Hit me on Spay.com with a
letter and your address. Money can
be sent on Spay too. I have an
Spay account. I have 600 songs
and Hot 16s, so inquire.

Sherman Darnell 1838490
3872 FM 350 S.
Livingston, Tx 77351

(979) 778-8906
(Sister "Lit")

# Hot 16

"Ima head nigga, simple description // she say lover boy, is her only depiction. call more then once a day, I put em on restriction // prove the long story she heard, but Jimmy aint fiction // hit the block, and if I feel any friction // I'm out with the Mac, beef subscription // gangsta 101, I acknowledge my addiction // they throw a lotta awkward looks, coward prescription // gotta no mercy affliction, get racks on the Ave. // buy my whole crew bottles, waiters tack on the tab" // when them suckas get loud, I let em smack on a jab // take they 24s, leave they Lac on the slab // I make mincemeat out of niggas, that try to act bad // these suckas live in my shadow, daily I pack a mag // break a nigga spine, leave his back in a cast // destroy the serial number, throw the Mac in the trash."

Prospects= Rich Homie, by Bleep
Quan, Future, YG, Young
Thug, Wale, meek mill

$3000

Sherman Darnell 1838490, 3872 F.M. 350 3
Livingston, TX 77351